02-10-345-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00345-CV 

 

 


 
 
 MACTEC Engineering and Consulting,
 Inc.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Property Owners Association of
 Mountain Lakes Ranch
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE
67th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

We
have considered the “Motion Of Appellant To
Voluntarily Dismiss Appeal.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App.
P. 43.4.

 

PER
CURIAM

 

 

PANEL:  WALKER, MCCOY, and
MEIER, JJ.  

 

DELIVERED:  January 27, 2011  








 











[1]See Tex. R. App. P. 47.4.